UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN HEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 C 3346 |
| | ) | |
| MEGAN J. BRENNAN, Postmaster General United States Postal Service, | ) ) | Magistrate Judge McShain |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Per this court's June 5, 2020 order (Dkt. 45), the parties submit the following joint status report:

**A.  Progress of Discovery**

Ms. Hearn's deposition was taken by remote means on July 14, 2020.  The parties anticipate finishing fact discovery by the August 17, 2020, deadline.

**B.  Status of Briefing on Unresolved Motions**

Not applicable.

**C.  Settlement Efforts**

The parties do not request a settlement conference at this time.

**D.  Agreed Proposed Discovery Schedule**

The current fact discovery deadline, extended by the general orders, is August 17, 2020. The parties propose that this remain the fact discovery deadline.

**E.  Telephonic Status with the Magistrate**

The parties do not request a telephonic status with the magistrate judge at this time.

Respectfully submitted,

Plaintiff Gwendolyn Hearn:

GWENDOLYN HEARN
P.O. Box 21401
Chicago, Illinois 60621

Counsel for defendant U.S. Postal Service:

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Willoughby Anderson
SUSAN WILLOUGHBY ANDERSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
willoughby.anderson@usdoj.gov

2

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**JOINT STATUS REPORT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail and email on August 3, 2020, to the following non-ECF filer:

>Ms. Gwendolyn Hearn
>P.O. Box 21401
>Chicago, Illinois 60621
>llebasig@sbcglobal.net

>s/ Susan Willoughby Anderson
>SUSAN WILLOUGHBY ANDERSON
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 886-9082
>willoughby.anderson@usdoj.gov